**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Armando CANALES, Defendant–
Appellant.**

**No. 03–40345.
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Dec. 22, 2003.

David Haskell Henderson, Jr.,Assistant US Attorney, US Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Douglas Milton Barlow, Barlow Law Firm, Beaumont, TX, for Defendant–Appellant.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM.*

Armando Canales appeals his conviction for assaulting a fellow inmate with a dan-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

gerous weapon at the Federal Correctional Complex in Beaumont, Texas, in violation of 18 U.S.C. § 113(a)(3). Canales contends that the evidence was insufficient to prove that he stabbed the victim, and that the Government failed to prove that he used two different weapons, as he contends the indictment alleged.

Because Canales did not move for a judgment of acquittal in the district court, we review the sufficiency of the evidence to determine whether the verdict represents a "manifest miscarriage of justice." *See United States v. Johnson,* 87 F.3d 133, 136 (5th Cir.1996). The evidence, which included the eyewitness testimony of a corrections officer, was more than sufficient for a reasonable jury to find that Canales stabbed the victim with a deadly weapon. Accordingly, the verdict does not reflect a miscarriage of justice. *See United States v. Laury,* 49 F.3d 145, 151 (5th Cir.1995). Canales's assertion that the indictment required proof that he used two weapons is without merit.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5 the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.